# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>       Plaintiff,<br><br>    v.<br><br>CLIFTON KERR; and MARITZA ESCOTO,<br><br>       Defendants. | Case No. 2:25-cv-08860-SPG-SSC<br><br>**JUDGMENT** |

Pursuant to the Court's Order Remanding the Action to the Superior Court of California, County of Los Angeles, (ECF No. 38), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Superior Court of California for the County of Los Angeles for further proceedings.

**IT IS SO ORDERED.**

DATED: December 23, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE